UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DUBLAS HERMELIDO CAAL CAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 26-11152-LTS |
| | ) | |
| DAVID WESLING et al., | ) | |
| | ) | |
| Respondents. | ) | |

JUDGMENT

March 25, 2026

SOROKIN, J.

Pursuant to the Court's Electronic Order dated March 12, 2026 (Doc. No. 8), the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge